Curtis James Lee Jr. #1069077

The complaint Form: (A)     3-10-2020
United States District Court

                              Complaint
Curtis James Lee Jr. #1069077     Civil Action No. 7:20CV305
Bringing the Suit
    Plaintiff
    V.S.
Superintendent/Warden B.L. Kanode
Doctor R. Sturdivant QMHP
    Defendants

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUN 01 2020
JULIA C. DUDLEY, CLERK
BY: /s/ CK
DEPUTY CLERK

(1) Jurisdiction an Venue (B) River North Corr. Center 329 Dellbrook Lane Indepence, VA 24348

This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state Law, of rights secured by the constitution of the United States. The Court has jurisdiction under 28 U.S.C. Section 1331 and 1343(a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff claims for injunctive relief are authorized by 28 U.S.C. Section 2283 an 2284 and rule 65 of the Federal rules of Civil Procedure.

(C)
Name of district I am Fileing my suit ~~[struck through]~~ (U.S. District Court 210 Franklin Rd. SW Suit 540 Roanoke, VA 24011) is appropriate venue under 28 U.S.C. Section 1391(b)(2) because it is where the events giveing rise to this claim occurred.

(D)
This claim occurred in River North Correctional Center 329 Dellbrook Lane Independence, VA 24348

(E) My name is Curtis James Lee Jr. was on 11-20-2018/11-21-2018 and on 11-26-2018
    Plaintiff

(F) Exhaustion of legal remedies, I used the prison grievance procedure Available At River North Correctional Center, tryed to solve the problem after request complaints and grievances loss not answered or telling me to drop it, on 6-14-2019 my informal complaint grievance findly went through — from this point on everything was denied unanswered — I sent U.S. mail out that never got to where it was ment to go to, I have River North Correctional Center open my mail, take what they wanted — theres A request from, the asst. Warden telling me my mail is only property I'v had Stamped letters that was for my family taken — I'v been lied to by prea operations manager and River North Correction Center staffing

(G) Legal Claims remedy redress the wrongs described herein I am the Plaintiff (Curtis James Lee Jr.) / Warden B.L. Kanode — Doctor R. Sturdivant is the Defendants

(H) I respectfully Pray that the Courts enter Judgment granting Me the Plaintiff Justice and money $500.000 for my pain suffering and Injurey warden B.L. Kanode $500.000 Doctor R. Sturdivant $500.000

(I) A preliminary permanent injunction ordering the defendants B.L. Kanode and Doctor R. Sturdivant, what they died to me was unlawful A violation of my rights, cruel and unusual punishment and physical Injurey there two inflicted to me and my health

(J) I ask for $500.000 from warden B.L. Kanode for allowing these things to happen to me as He stood by and laugh at me shakeing freezeing in that strip cell — and I ask $500.000 to be given to me from Doctor R. Sturdivant who Sexually Assaulted me for his on sick sexual nature who disregarded policy, due process, Screening procedure, operating procedure, Standards, Eighth and 14th Amendment rights

3-10-2020

Facts detail and Complaint — Curtis James Lee Jr.

escorted to B.Build counselors office by Security on 11-20-2018 3:pm my reading glasses was taken off placed on top of the counselors box in the hall before going in to the counselors office.

I was Forcefully unwillingly hand cuffed to A table — orders instructions given by Dr. R. Sturdivant, who tells me he works for mental health QMHP — Dr. R. Sturdivant Never ask me if I had A mental health problem, or if I was ok, or if I have thoughts of suicide.

Doctor R. Sturdivant Start talking about A letter I written to the Attorney Generals office A month before this day, 11-20-2018, as Doctor R. Sturdivant is talking I notice he's smileing looking me up and down, the lady sit's about 6 to 7 feet behind Doctor Sturdivant she can't see what he was doing and I couldn't see her because of where Doctor Sturdivant was sitting, Doctor Sturdivant tells me this was for my on good and that He was going to help me, I tell Doctor Sturdivant, you got this all wrong, theres nothing wrong with me, I notice Doctor Sturdivant Winking his eye as he's talking to me licking his lip's, Doctor Sturdivant try's to convince me that I am about to kill my self, and what he was doing would help me.

Doctor Sturdivant ignores everything I am Saying to him — Doctor Sturdivant tells me in that letter you wrote you said in the end that you would take your on life, I said to Doctor Sturdivant in that letter I written to the Attorney General that my parents was on there death bed's and needed my help, I ask the Attorney General for any relief help with my parents and the reason I keep comeing back to prison was because of my 38 years of drug use but now that I was off drugs I know if I couldn't get some help for my parents and if I'd ever do drugs again I would be takeing my on life because of what I went through when I was doing drugs, I explain to Doctor Sturdivant there is nothing wrong with me — Doctor Sturdivant ignores everything I say — Doctor Sturdivant tells me I have to do this so I want have to answer any questions from the Attorney Generals office and my boss.

Doctor Sturdivant is smileing looking down at my penis winking his eye, licking his lips telling me just comply.

Doctor Sturdivant starts to rubbing my (left hand) I try to move my hand but can't because I am hand cuffed to this stool/table, the expression on Doctor Sturdivants face he's mad he tell me Stop resisting comply with my command Doctor Sturdivant slide A paper in front of me to be signed, I can't see without my reading glasses, I ask for them Doctor Sturdivant want give them to me he put his finger on the paper where he wants me to sign

I tell Doctor Sturdivant I want sign it because I don't know what it is, I can't read it, Sturdivant puts his hand on top of my left hand, Doctor Sturdivant massages my left hand trying to convince me I don't understand what I am saying, Doctor Sturdivant tells me that he is A Doctor and that he Knows when A person is about to kill themselves, and this paper would give him my permission for him to treat me as his patient, I told Doctor Sturdivant No, so he then tell me to sign A refusal, I signed it, beleaveing it was A refusal. Doctor Sturdivant is still smileing winking his eye's, looking me up and down.

I tell Doctor Sturdivant I will report what he was doing to me was wrong — Doctor Sturdivant tells me go ahead I am A Doctor — you are A inmate no one's going to beleave you.

Now Doctor Sturdivant tells me I have to put you in medical strip cell, I plead with Doctor Sturdivant not to do this I allow him to massage my hand he smiles and I am escorted to medical cell One, two Cos strip me of all my clothes the two Cos left me standing in the cell strip Naked as they went to get me A smock to wear, Doctor Sturdivant stands outside my cell door looking strate down at my penis licking his lips smileing at me — I try to cover up my penis Doctor Sturdivant tells me you have to learn to comply with my instrutions, I take my hand away so Doctor Sturdivant can see my penis, Doctor Sturdivant smiles and tell me yes thats right Comply with my instructions and you will be out in 72 hours 3 days, the two Cos came back gave me the smock I put it on Doctor Sturdivant fround his face and leave.

Around 9:Am next morning 11-21-2018 Doctor Sturdivant comes back to my cell, there is A glass window beside my cell door Doctor Sturdivant stands there licking his tongue across his lips smileing, as I get up off bunk, the smock is open and my penis is half hard Doctor Sturdivant is really likeing what he see's, I close the smock so Doctor Sturdivant can't see my penis he gets mad and tells me I'll have to stay in the strip cell for 7-days, I plead with him I open up the smock so he can see my full length he tells me yes thats right just comply and you'll be out in No time, I close the smock he leaves.

Monday 11-26-2018 the Superintendent/Warden came to my cell around 9:Am with the major and building's manager Doctor Sturdivant stands behind them winking his eye at me as I ask Warden B.L. Kanode why he allowed Doctor Sturdivant put me in this strip cell — Warden B.L. Kanode tells me wait A minute I had nothing to do with putting you in here, all I did was give mental health A copy of your letter to review, this was all Doctor Sturdivant and mental health.

I was release to the Jail on 11-29-2018 after spending 9 days in the strip cell/ and Jail

To The U.S. District Court Clerk, I ask that this letter reachs the Judge

Curtis James Lee Jr. 3-10-2020

My name is Curtis James Lee Jr. #1069077, on 11-20-2018 I was sexually Assaulted and sexually Harassed by A mental Health Doctor who works for River North Corr. Center that led to My (injury) I was unlawfully unwilli- forcefully hand cuffed to A Security table and the Assault took place by A mental Health Doctor, I was then put in A strip cell for 9-days where the injury took place, I had No Screening, No Due Process, I wasn't even ask at any time if I had A mental Health problem or if I was mentally at risk, set fourth by operating procedures or ACA prea — Judge I Need Help I don't have A lawyer and I am not educated, I did the best I could with writting this (complaint) and th. information in this packet, but the main medical Document I asked River North medical department for they refuse to give it to me from Johnson City Hospital on 4-10-2019 that I included and asked You the court to make R.N.C.C Medical to give proof I am telling the truth I don't have access to Copys, law library, legal rearch I need A Lawyer I don't have the fileing fee, I am ask to proceed In Forma Pauperis, also asking Judge/court to Appoint me Curtis James Lee Jr. Counsel — I was 50 years old when this took place — It shouldn't Have happen. Before I try to go any further or before this case is throughen out or put to the side please appoint me Counsel, the sadness is that I have to live the rest of my life not being able to fullie use my left hand and the embarrassment I have to live with Knowing Another Man Sexually Violated me and my Rights, Please give me my day in Court.

Respectfully Curtis James Lee Jr. #1069077 B3-327B

River North Corr. Center

329 Dellbrook Lane

Independence, VA 24348

Mr. Curtis Jones Leg Jr #1069077 B3-327B
River North Corr. Center
329 Dellbrook Lane
Independence, VA 24348

THE VIRGINIA DEPARTME[N]
NEITHER CENSORED NO[R]
THEREFORE THE DEPART[M]
RESPONSIBILITY F[OR]

**RECEIVED**
MAY 28 2020
RNCC Mailroom
Outgoing Legal Mail

C

Legal Mail



...T OF CORRECTIONS HAS
...R INSPECTED THIS ITEM.
...MENT DOES NOT ASSUME
...OR ITS CONTENTS

INDEPEND...
MAY 28
24348-9998

24348-9998

...lerK OF The U.S. District Court.
210 FronKlw Rd. SW
Suite 540
Roanoke, VA 24011