IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | | |
|---|---|---|
| CURTIS JAMES LEE, JR., | ) | |
| Plaintiff, | ) | Civil Action No. 7:20-cv-00305 |
| | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| B.L. KANODE, et al., | ) | By: Joel C. Hoppe |
| Defendants. | ) | United States Magistrate Judge |

This matter is before the Court on Defendants B.L. Kanode and Dr. R. Sturdivant's Motion for Summary Judgment. ECF No. 34. For the reasons stated in the Memorandum Opinion filed this date, the motion is **GRANTED** and judgment is entered in Defendants' favor on all claims raised in Plaintiff's complaint. The Clerk is directed to **DISMISS** the case from this Court's active docket.

It is so ORDERED.

The Clerk shall send copies of this Order to the parties.

ENTER: September 30, 2022

Joel C. Hoppe
United States Magistrate Judge